UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:

STRADA 315, LLC,

         Debtor.       /

Case No. 08-11574-RBR
Chapter 11

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

    Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the joint committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

    I certify that a true copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A" and to: all parties on the attached service list on this the 27th day of February, 2008.

                                            Donald F. Walton
                                            United States Trustee
                                            Region 21

By:     /s/_____
        Denyse H. Heffner
        Trial Attorney
        51 SW First Avenue
        Suite 1204
        Miami, FL 33130
        Tel.: (305) 536-7285
        Fax: (305) 536-7360

**EXHIBIT "A"**

*Timothy B. Mather, President
Associated Steel & Aluminum
1925 NW 15th Street
Pompano Beach, FL 33069
Tele:  954-868-0383
Fax:  954-969-0207                    EMAIL - tim@asafl.con or tbmather@hotmail.com

Lisette M. Garrido/Officer
Y & T Plumbing Corp.
13170 SW 134th Street
Miami, FL 33186
Tele:  305-255-8919
Fax:  305-255-8838                    EMAIL - lisette@ytplumbing.com

Ricardo E. Suarez, President
Ready Window Sales & Service Corp.
745 W 18th St
Hialeah, FL 33010
Tele:  305-269-3999
Fax:  305-269-5114                    EMAIL - ricks@readywindow.com

Kenneth Forrest, CFO
Krieger Kitchens
11400 NW 36th Ave
Miami, FL 33167
Tele:  305-821-5700
Fax:  305-507-1414                    EMAIL - kforrest@ampco.com

Angela Baxter, AR Manager
Vila & Sons Landscaping Corporation
20451 SW 216 Street
Miami, FL 33170
Tele:  305-255-9206
Fax:  305-255-9207                    EMAIL - abaxter@vila-n-son.com
                                              marvin@vila-n-son.com


* Indicates the temporary chairperson of the committee.

**SERVICE LIST**

Thomas M Messana, Esq.
Counsel for Debtor
200 E Broward Blvd
Suite 1110
Ft. Lauderdale, FL 33301

Jeff Falkanger, President
Falkanger, Snyder, Martineau, & Yates
Architects & Engineers, Inc.
888 S. Andrews Ave
Suite 300
Ft. Lauderdale, FL 33316

Interiors by Steven G
c/o Robert P. Frankel
Robert P. Frankel & Associates, P.A.
25 West Flagler Street
Suite 900
Miami, FL 33130