B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF FLORIDA - BROWARD DIVISION

In re    Strada 315, LLC            Case No.    08-11574
               Debtor

Chapter    11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 32,000,000 | | |
| B – Personal Property | YES | 4 | $ 5,097,326 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $ 20,976,789 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 33 | | $ 8,420,251 | |
| G - Executory Contracts and Unexpired Leases | YES | 8 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 54 | $ 37,097,326 | $ 29,397,040 | |

AMOUNTS SCHEDULED

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6A (Official Form 6A) (12/07)

In re _Strada 315, LLC_____     Case No. _08-11574_____
                    **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Strada 315<br><br>315 N.E. 3rd Avenue<br>Fort Lauderdale, FL 33301 | Fee Simple | | 32,000,000 | 19,980,794 |
| | | Total ➤ | 32,000,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07)

In re  Strada 315, LLC _____          Case No. 08-11574 _____
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SunTrust Bank Checking Account No. 1975 SunTrust Bank | | 0 |
| | | SunTrust Bank Checking Account No. 4206 SunTrust Bank | | 6,051 |
| | | Regions Bank Checking Account No. 3376 Regions Bank | | 2,189 |
| | | Regions Bank Checking Account No. 5271 Regions Bank | | 1,242 |
| | | Legal Fees Account Ruden McCloskey | | 66,000 |
| | | Land America - Escrow Account Land America 20 N. Orange Ave.  Suite 500 Orlando, FL 32801 | | 149,970 |
| | | Interest on Deposit Account (Units Closed as of 02/13/08) Ruden McCloskey | | 183,459 |
| | | Interest on Deposit Account (Units not Closed as of 02/13/08) Ruden McCloskey | | 198,286 |
| | | Customer Deposit Account - Units not Closed as of 02/13/08 Ruden McCloskey | | 2,540,592 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Strada 315, LLC                                               Case No.   08-11574
                    **Debtor**                                                          **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Deposits on Forefeited Units as of 02/13/08 Ruden McCloskey | | 162,270 |
| | | Net Proceeds Account Ruden McCloskey | | 356,898 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | FPL Deposit Florida Power & Light POB 025576 Miami, FL 33102 | | 28,080 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furniture  - See attached Exhibit B-4 Model Homes | | 264,795 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Cash Bond | | 59,174 |

B6B (Official Form 6B) (12/07) — Cont.

In re    Strada 315, LLC
_____
         **Debtor**

Case No.    08-11574
         _____
              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Broward County Highway Construction and Engineering Division 1 N University Drive, #300B | | |
| | | Vercon Construction Management, Inc. 17071 West Dixie Hwy North Miami Beach, FL 33160 Plantation, FL 33324-2038 | | |
| | | Surety Bond City of Fort Lauderdale Marc C. LaFerrier Planning and Zoning Director 700 NW 19th Avenue Fort Lauderdale, FL 33311 | | 25,794 |
| | | Mr. Michael Bottcher Contractors Bonding and Insurance Company P.O. Box 9271 Seattle, WA 98109-0271 | | |
| 16. Accounts receivable. | | Accounts Receivables Strada 315 Condo Assoc. c/o Southpoint Realty Development 185 N.E. 4th Ave #104 Delray Beach, FL 33483 | | 15,000 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Strada 315, LLC _____    Case No.  08-11574 _____
              **Debtor**                                                   **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | State Sales Tax Rebate<br>Lender liability causes of action and other claims against Regions Bank and/or its employee/agent Jeff Shulman<br>Claims for recovery of excessive and unreasonable fees and other claims against Angelo & Banta, P.A. in connection with its representation of Regions Bank | | 500,000<br><br>Unknown<br><br>Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Broker Fees<br>See attached Exhibit B-35<br><br>Contracts for Sale of Condominium Units in Strada 315<br>See Attached Exhibit B-35<br><br>Retainer with Genovese Joblove & Battista, P.A. | | 458,385<br><br><br>Unknown<br><br><br>79,141 |

_____0_____ continuation sheets attached    Total    $    5,097,326

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6C (Official Form 6C) (12/07)

In re    Strada 315, LLC                                   Case No.    08-11574
_____                                    _____
              **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)            ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)               $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

B6D (Official Form 6D) (12/07)

In re  Strada 315, LLC _____ ,       Case No. 08-11574 _____
                    Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Anthony Mesiti<br>100 Andover Bypass<br>N Andover, MA 01845 | | | Security: State Sales Tax Rebate<br>Consensual UCC Lien<br><br>VALUE $ 500,000 | | | | 1,200,000 | 700,000 |
| ACCOUNT NO.<br><br>Banner Supply Company<br>1660 SW 13 Ct.<br>Pompano, FL 33069 | | | Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $ 32,000,000 | | | X | 219,315 | 0 |
| ACCOUNT NO.<br><br>Builder Services Group Inc.<br>5261 NW 161st St<br>Hialeah, FL 33014 | | | Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $ 32,000,000 | | | | 13,250 | 0 |

_3___ continuation sheets attached

Subtotal ►  
(Total of this page)   $ 1,432,565  | $ 700,000

Total ►  
(Use only on last page)   $            | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07) – Cont.

In re   Strada 315, LLC                                    ,        Case No.    08-11574
                                  Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hystrength Construction Co Inc. <br> 8252 SW 140th Ct. <br> Miami, FL 33183 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301 <br> Mechanics Lien <br><br> VALUE $          32,000,000 | | | X | 263,984 | 0 |
| ACCOUNT NO. <br><br> Mercedes Electric Supply, Inc. <br> 8550 NW South River Dr <br> Miami, FL 33166 | | | Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301 <br> Mechanics Lien <br><br> VALUE $          32,000,000 | | | | 47,434 | 0 |
| ACCOUNT NO. <br><br> PTE Strand Co. <br> 1950 W 8th St <br> Hialeah, FL 33010 | | | Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301 <br> Mechanics Lien <br><br> VALUE $          32,000,000 | | | X | 7,638 | 0 |
| ACCOUNT NO. <br><br> Regions Bank <br> An Alabama banking corporation <br> 1900 Fifth Ave N <br> Birmingham, AL 35203 | | | Lien: First Mortgage <br> Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301 <br><br> VALUE $          32,000,000 | | | X | 18,619,963 | 0 |
| ACCOUNT NO. <br><br> Regions Bank <br> 1489 W Palmetto Road 3rd FL <br> Boca Raton, FL 33486 | | | Additional address <br><br><br> VALUE $          0 | | | X | Notice Only | Notice Only |

Sheet no. 1  of  5  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  $   18,939,019  |  $
(Total(s) of this page)
Total(s)  $   |  $
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)  also on Statistical
                        Summary of Certain
                        Liabilities and Related
                        Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07) – Cont.

In re  Strada 315, LLC  ,  Case No.  08-11574
            Debtor                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ryan Sales & Service, Inc.<br>786 Military Trail<br>Deerfield Beach, FL 33422 | | | Security: 315 N.E. 3rd Avenue, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $ 32,000,000 | | | X | 35,203 | 0 |
| ACCOUNT NO.<br><br>Theyssen Krupp Safway, Inc.<br>1365 NE 119 St<br>Miami, FL 33161 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301<br><br>VALUE $ 32,000,000 | | | X | 5,144 | 0 |
| ACCOUNT NO.<br><br>TheyssenKrupp Safway, Inc.<br>2365 Ali Babba Ave<br>Opa Locka, FL 33054 | | | Additional address<br><br>VALUE $ 0 | | | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>U.S. Concrete Pipe Co.<br>2200 W Sunrise Blvd.<br>Ft. Lauderdale, FL 33311 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $ 32,000,000 | | | | 3,335 | 0 |
| ACCOUNT NO.<br><br>Vanessa Holdings, Inc.<br>c/o Real Florida Realty, Inc<br>1508 SE 3rd Ave<br>Ft. Lauderdale, FL 33316 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $ 32,000,000 | | | | 10,740 | 0 |

Sheet no. _2_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  $ 54,422  | $
(Total(s) of this page)
Total(s)  $  | $
(Use only on last page)

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 – 31021 – Acrobat PDFWriter

B6D (Official Form 6D) (12/07) – Cont.

In re    Strada 315, LLC _____ ,    Case No.    08-11574 _____
                    **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Whirlpool Corp.<br>412 N Peters Rd<br>Knoxville, TN 37922 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301<br>Mechanics Lien<br><br>VALUE $         32,000,000 | | | | 160,898 | 0 |
| ACCOUNT NO.<br><br>Y&T Plumbing Corp.<br>13170 SW 134 St<br>Miami, FL  33186 | | | Security: 315 N.E. 3rd Avenu, Ft. Lauderdale, FL 33301<br><br>VALUE $         32,000,000 | | | X | 389,885 | 0 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) $        550,783 | $        0
(Total(s) of this page)
Total(s) $    20,976,789 | $    700,000
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)  also on Statistical
                                        Summary of Certain
                                        Liabilities and Related
                                        Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 – 31021 – Acrobat PDFWriter

B6E (Official Form 6E) (12/07)

In re  Strada 315, LLC                                             ,  Case No. _____08-11574_____
                    Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) - Cont.

In re___Strada 315, LLC_____,    Case No.___08-11574_____
             Debtor                                                        (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0
____ continuation sheets attached

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re  Strada 315, LLC                              ,          Case No.  08-11574
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Adams Street Trust 308 Shawmut Ave Boston, MA 02118 | | | | X | X | X | Unknown |
| ACCOUNT NO. Adrienne Ward 6740 NW 75th Pl Parkland, FL 33067 | | | | X | X | X | Unknown |
| ACCOUNT NO. Advanced Fire & Security, Inc. 2780 Gateway Dr Pompano Beach, FL 33069 | | | Consideration: Vendor | | | | 3,195 |
| ACCOUNT NO. Alberto Nunez 6 Alexander Circle Methuen, MA 01844 | | | | X | X | X | Unknown |

_____32_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ► | $ | 3,195 |
| Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,    Case No. __08-11574_____
                    Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Amquip Crane Rental POB 8500-2945 Philadelphia, PA 19178-2945 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 60,092 |
| ACCOUNT NO. Anatoly Pritikin 26283 Green St Mundelein, IN 60060 | | | | X | X | X | Unknown |
| ACCOUNT NO. Andrea Reda & Grace Miceli 187 Soundview Dr Port Washington, NY 11050 | | | | X | X | X | Unknown |
| ACCOUNT NO. Angie Guerrero & Ernesto Trigueros 1295 Skylark Dr Weston, FL | | | | X | X | X | Unknown |
| ACCOUNT NO. Anka Birgu 21868 Town Place Dr. Boca Raton, FL 33433 | | | Consideration: Additional address for Jay Midgen and Anka Birgu | | | | Notice Only |

Sheet no. __1__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  60,092

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC  , Case No.  08-11574
          Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ann Daly<br>890 South Collier Blvd #106<br>Marco Island, FL 34145 | | | Consideration: Accounting Services | | | | 1,440 |
| ACCOUNT NO.<br><br>Aramark<br>POB 0903<br>Carol Stream, IL 60132 | | | Consideration: Vendor - Shirts | | | | 794 |
| ACCOUNT NO.<br><br>ASI-Modulex<br>20202 NE 15th Crt<br>Miami, FL 33179 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 12,879 |
| ACCOUNT NO.<br><br>Associated Steele & Aluminum<br>1925 NW 15th St<br>Pompano Beach, FL 33069 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Inventory | | | X | 660,455 |
| ACCOUNT NO.<br><br>Austin  & Heidi Spinella<br>26th St<br>Newburg, MA 01951 | | | | X | X | X | Unknown |

Sheet no. 2  of 32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 675,568

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,     Case No. ___08-11574_____
                    Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Avirom & Associates <br> 50 SW 2nd Ave # 102 <br> Boca Raton, FL 33432-4749 | | | Consideration: Final survey | | | | 23,400 |
| ACCOUNT NO. <br><br> Barry Ger <br> 1080 NW 15th St <br> Boca Raton, FL 33486 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Bayview General Medicine <br> c/o Richard Blanchar <br> 4401 West Tradewinds Ave <br> Ft. Lauderdale, FL 33308 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Best Rolling Door, Inc. <br> 9780 NW 79th Ave. <br> Hialeah, FL 33016 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | | 1,581 |
| ACCOUNT NO. <br><br> Black Tie Limousine <br> 25 Bond St <br> Haverhill, MA 01835 | | | Consideration: Airport transportation | | | | 98 |

Sheet no. _3_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 25,079

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                              ,     Case No.  08-11574
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Brian Diaz 138 Morris Dr E. Meadow, NY 11554 | | | | X | X | X | Unknown |
| ACCOUNT NO. C&C Concrete 12599 NW 107th Ave Miami, FL 33178 | | | Incurred: 10/2004 - 02/01/2088 Consideration: Vendor | | | X | 3,795 |
| ACCOUNT NO. Cable Wiring Specialist 5900 Mayo St Hollywood, FL 33023 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 83,912 |
| ACCOUNT NO. Carmelo & Sons Handyman 414 Griswold Dr Lake Worth, FL 33461 | | | Consideration: Vendor - Floor Cleaning | | | | 1,200 |
| ACCOUNT NO. Carmen & Steven Rotwein 6512 NW 99th Ave Parkland, FL 33076 | | | | X | X | X | Unknown |

Sheet no. 4 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        88,907

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,    Case No. __08-11574__
          Debtor                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Casale Marble Imports<br>750 SW 17th Ave<br>Delray Beach, FL 33444 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 23,700 |
| ACCOUNT NO.<br><br>Caulfield & Wheeler<br>7301A West Palmetto Park Rd<br>Boca Raton, FL 33433 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | | 2,750 |
| ACCOUNT NO.<br><br>Christina Minicucci & Eric Loth<br>51 Parker St<br>N Andover, MA 01845 | | | Consideration: Unit 2009 - Unit 1105 - Settlement for Release of Unit for Resale | | | | 10,000 |
| ACCOUNT NO.<br><br>Cleaning Systems, Inc.<br>10330 NW 55 St<br>Sunrise, FL 33351 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 35,000 |
| ACCOUNT NO.<br><br>Cobra Construction<br>735 SW 15th Ave<br>Delray Beach, FL 33444 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 16,286 |

Sheet no. _5_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ➤ | $ 87,736

               Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Strada 315, LLC                          ,     Case No.   08-11574
            **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Coleman Floor Co. 7385 Commercial Circle Ft. Pierce, FL 34951 | | | Consideration: Vendor | | | X | 299,591 |
| ACCOUNT NO. Corporacion Lynn Investments Inc. 20283 St Rd 7 Boca Raton, FL 33498 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 325 |
| ACCOUNT NO. Craig Malak 26852 Avenida Las Palmas Capistrano Beach, CA 92624 | | | | X | X | X | Unknown |
| ACCOUNT NO. CT Corporation 155 Federal St #700 Boston, MA 02110 | | | Consideration: Vendor - Filing of Corporate Papers | | | | 417 |
| ACCOUNT NO. D&B Security Training School address to be provided | | | Consideration: Vendor | | | | 3,927 |

Sheet no. 6 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   304,260

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re Strada 315, LLC _____,     Case No. 08-11574 _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David Cichonowice/Christopher Hunt 1821 Randolph St NW Washington, DC 2001 | | | | X | X | X | Unknown |
| ACCOUNT NO. David Minicucci 340 Johnson St. North Andover, MA 01845 | | | Loan | | | | 225,000 |
| ACCOUNT NO. Deck Tight Roofing Inc 6680 NW 17th Ave Ft. Lauderdale, FL 33309 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 27,939 |
| ACCOUNT NO. Denise Buckley 19106 S Gardenia Weston, FL 33332 | | | | X | X | X | Unknown |
| ACCOUNT NO. Dennis Cirvelli & Linda Cinelli 3 Rowlands Rd Flemington, NY 08822 | | | | X | X | X | Unknown |

Sheet no. 7 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 252,939

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                                    ,          Case No.  08-11574
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Desiree Finklestein 2780 Cambridge Road Lantana, FL 33462 | | | Services provided | | | | 18,900 |
| ACCOUNT NO. Dillon Pools Inc. 11591 Interchange Circle South Miramar, FL 33025 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 28,988 |
| ACCOUNT NO. Dom Scaliese 195 French Farm Rd North Andover, MA 01845 | | | | X | X | X | Unknown |
| ACCOUNT NO. Dominick Brunetti & Dante Brunetti 115 SW 2nd St. Boynton Beach, FL 33435 | | | | X | X | X | Unknown |
| ACCOUNT NO. E & E Concrete Pumping Service Inc. POB 540211 Opa Locka, FL 33054 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 4,004 |

Sheet no. 8 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  51,892

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,        Case No. _08-11574_____
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Ebsary Foundation<br>2154 NW North River Dr<br>Miami, FL 33125 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 45,000 |
| ACCOUNT NO. <br><br>Edward Harmon/Brad Jenkins<br>10741 Pine Lodge Trail<br>Davie, FL 33328 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br>Elizabeth & Lee Hyder<br>2623 Summit Rd<br>Copley, OH 44321 | | | Consideration: Settlement of Disputed Claim Against Customer Deposit | X | X | X | 49,096 |
| ACCOUNT NO. <br><br>Emerald Carpet & Tile Cleaning<br>273 Watercrest St<br>Sebastian, FL 32958 | | | Consideration: Vendor | | | | 200 |
| ACCOUNT NO. <br><br>Erica Fischbach<br>512 SW 9th Stree<br>Ft. Lauderdale, FL 33315 | | | Consideration: Additional address for Mark Hutchens and Erica Fischbach | | | | Notice Only |

Sheet no. _9_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    | $    94,296

Total ➤    | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Strada 315, LLC                                    ,        Case No.   08-11574
_____                                   _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Esther De Jesus<br>661 Talavera Rd.<br>Weston , FL 33326 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Falkanger, Snyder, Martineau & Yates Architects & Engineers, Inc.<br>888 South Andrews Ave Ste 300<br>Ft. Lauderdale, FL 33316 | | | Consideration: Architectural Services | | | | 47,438 |
| ACCOUNT NO.<br><br>FL Dept. of State<br>P.O. Box 8700<br>Tallahassee, FL 32314 | | | | | | | 61 |
| ACCOUNT NO.<br><br>FL Dept. of State<br>POB 8700<br>Tallahassee, FL 32314 | | | Consideration: Annual Report Fee | | | | 138 |
| ACCOUNT NO.<br><br>FL Dept. of State<br>POB 8700<br>Tallahassee, FL 32314 | | | Consideration: Annual Report Fee | | | | 150 |

Sheet no. __10__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    | $    47,787

Total ➤    | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                         ,          Case No.  08-11574
                        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Florida Fire Stopping<br>POB 558455<br>Miami, FL 33255 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 5,400 |
| ACCOUNT NO.<br><br>Florida Power & Light<br>POB 025576<br>Miami, FL 33102 | | | Consideration: Utility | | | | 47,149 |
| ACCOUNT NO.<br><br>Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188 | | | Consideration: Additional Address for FP&L | | | | Notice Only |
| ACCOUNT NO.<br><br>Fourth Street Land Development LLC<br>400 N. Andrews Ave<br>Ft. Lauderdale, FL 33301 | | | Consideration: Parking Fees | | | | 32,500 |
| ACCOUNT NO.<br><br>Fred Anes<br>1727 Manatuck Blvd<br>Bay Shore, NY 11706 | | | | X | X | X | Unknown |

Sheet no. 11 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $       85,049

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,    Case No. 08-11574 _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gavin Saladino<br>442 97 St, Apt. 1J<br>Brooklyn, NY 11209 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>General Crane USA<br>1360 NW 33 St<br>Pompano Beach, FL 33064 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 19,760 |
| ACCOUNT NO.<br><br>Glen Debenideto<br>1 Industrial Dr, Ste 1<br>Hudson, NH 03051 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Gordon Bernstein & Todd Greeninger<br>4071 NE 16 Terr.<br>Ft. Lauderdale, FL 33334 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Gunster & Yoakley<br>450 East Las Olas Boulevard, #1400<br>Fort Lauderdale, FL 33301 | | | Consideration: Additional address for Gunster & Yoakley | | | | Notice Only |

Sheet no. 12 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,760

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                              ,     Case No.  08-11574
_____             _____
                    **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gunster Yoakley <br> 777 South Flagler Dr. #500 <br> W Palm Beach, FL 33401 | | | Consideration: Attorney's Fees | | | | 42,732 |
| ACCOUNT NO. <br><br> Hall Fountain Inc. <br> 5500 NW 22 Ave <br> Ft. Lauderdale, FL 33309 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 20,585 |
| ACCOUNT NO. <br><br> Heloise and Francis Ing-Wu <br> 1819 SE 17th St Causway #803 <br> Ft. Lauderdale, Fl 33316 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Hogan Concrete Cutting <br> 1331 Bristol Ave <br> Davie, FL 33325 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 3,455 |
| ACCOUNT NO. <br><br> Interiors By Steven G, Inc <br> 1608 NW 23rd Ave <br> Ft. Lauderdale, Fl 33311 | | | | X | X | X | Unknown |

Sheet no. 13 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 66,772

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,    Case No. __08-11574_____
                    **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ira Tannenbaum 73 Irma Dr Oceanside, NY 11572 | | | | X | X | X | Unknown |
| ACCOUNT NO. Island Fence of Florida 711 E Okeechobee Rd Hialeah, FL 33010 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 18,410 |
| ACCOUNT NO. James D. Gheen POB 1823 Manassas, VA 20108 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | | 1,173 |
| ACCOUNT NO. Jamie Lutsky 100 Lincoln Ave C-16 Mineola, NY 11501 | | | | X | X | X | Unknown |
| ACCOUNT NO. Jan Getto 9 Field Ct. Miller Place, NY 11764 | | | Consideration: Additional address for Jan Getto & Brian Tom | | | | Notice Only |

Sheet no. __14__ of __32__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ➤ | $  19,583 |
|---|---|---|
|  | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                                                    ,          Case No.   08-11574
                                  **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Jan Getto & Brian Tom 69 W. Waukena Ave Oceanside, NY 11572 | | | | | | | 0 |
| ACCOUNT NO.  Jay Midgen 816 North Victoria Park Rd Ft. Lauderdale, FL 33304 | | | | X | X | X | Unknown |
| ACCOUNT NO.  Jodi Macken & Bill Massory c/o Macken Realty 18999 Biscayne Blvd, Suite 105 Aventura, FL 33180 | | | Consideration: Additional address for Jodi Macken & Bill Massory | | | | Notice Only |
| ACCOUNT NO.  Jodi Macken & Bill Massry 449 Golden Beach Dr Golden Beach, FL 33160 | | | Consideration: Unit 1105 - Settlement for Release of Unit for Resale | | | | 5,000 |
| ACCOUNT NO.  John F. McCarthy P.O. Box 5333 Haverhill, MA 01835 | | | Loan | | | | 112,500 |

Sheet no. _15_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 117,500

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                              ,          Case No.  08-11574
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph & Denise Ardagna<br>185 NE 4th Ave # 211<br>Delray Beach, FL 33483 | | | Consideration: Unit 1209 - Settlement for Release of Unit for Resale | | | | 5,000 |
| ACCOUNT NO.<br><br>KPMG<br>450 E. Las Olas Blvd. #750<br>Ft. Lauderdale, FL  33301 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Krieger Kitchens<br>11400 NW 36th Ave<br>Miami, FL 33167 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 109,069 |
| ACCOUNT NO.<br><br>Land America<br>20 N. Orange Ave. #500<br>Orlando, FL 32801 | | | Consideration: Title Work | | | | 2,100 |
| ACCOUNT NO.<br><br>Lank Oil Company<br>POB 100909<br>Ft. Lauderdale, FL 33310 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | | 2,449 |

Sheet no. 16  of 32  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 118,618

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                          ,          Case No.  08-11574
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Parking lot lease | | | | |
| Las Olas Properties, Inc. 2900 University Dr. Coral Springs, FL 33065 | | | | | | | 21,200 |
| ACCOUNT NO. | | | | | | | |
| Laurent Tasic 4441 NE 19th Ave Ft. Lauderdale, FL 33308 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Lee Hyder 2623 Summit Road Copley, OH 44321 | | | | | | | 0 |
| ACCOUNT NO. | | | Loan | | | | |
| Louis Minicucci, Sr. 522 Main St N Andover, MA 01845 | | | | | | | 112,500 |
| ACCOUNT NO.       . | | | Preferred Basis Loan | | | | |
| Louis P. Minicucci, Jr. Minco Corporation 231 Sutton St., Suite 1A North Andover, MA 01845 | | | | | | | 970,293 |

Sheet no. 17 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,103,993

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,    Case No. 08-11574 _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M.G. Pool Service<br>POB 81-4497<br>Hollywood, FL 33081 | | | Consideration: Vendor | | | | 1,100 |
| ACCOUNT NO.<br><br>M.O.R. Property Management<br>100 E. Linton Blvd, # 205A<br>Delray Beach, FL 33483 | | | Consideration: Vendor | | | | 11,682 |
| ACCOUNT NO.<br><br>Mark Hutchens<br>1120 E Woodside St<br>S Bend, IN 46614 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Martin Glass<br>4847 SW 144 Ct<br>Miami, FL 33175 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 7,599 |
| ACCOUNT NO.<br><br>MDU Communications<br>3720 Park Central Blvd.<br>N Pompano Beach, FL 33064 | | | Consideration: Vendor | | | | 2,915 |

Sheet no. __18__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,296
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,    Case No. __08-11574_____
                    **Debtor**                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mellon Home Technologies<br>7922 Coral St<br>Lantana, FL | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 2,262 |
| ACCOUNT NO.<br><br>Metro Caulking & Waterproofing<br>1100 SW 30th Ave<br>Pompano Beach, FL 33089 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 62,376 |
| ACCOUNT NO.<br><br>Michael Canino<br>First Class Equities<br>Thunder Funding<br>208 Glen Cove Rd<br>Old Westberry, NY 11568 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Michael Naso<br>301 E. 66th St Apt 10H<br>New York, NY 10021 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Mitchell Isaacs<br>33 Alhambra Dr<br>Oceanside, NY 11572 | | | | X | X | X | Unknown |

Sheet no. __19__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        64,638

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,    Case No. 08-11574 _____
           Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MOTPlans.com LLC 2131 N Ocean Blvd. #14 Ft. Lauderdale, FL 33305 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 19,711 |
| ACCOUNT NO.  NorthPoint Realty Development POB 907 N Andover, MA 01845 | | | Consideration: Overhead | | | | 2,041 |
| ACCOUNT NO.  Oscar Vargas & Adriana Ferrufino 2700 Glades Circle #111 Weston, FL 33327 | | | | X | X | X | Unknown |
| ACCOUNT NO.  Owen Macken 18999 Biscayne Blvd #105 Aventura, FL 33180 | | | Consideration: Unit 1005 - Settlement for Release of Unit for Resale | | | | 5,000 |
| ACCOUNT NO.  Peter Kelly 39-45-51 St Apt 1C Queeens/Woodside, NY 11377 | | | | X | X | X | Unknown |

Sheet no. 20 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 26,752

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,    Case No. 08-11574 _____
         **Debtor**                                        **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2008 ©1991-2008. New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Smurfit<br>3201 NE 183 St #2705<br>Aventura, FL 33160 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>PG Security<br>625 SE 10 St<br>Deerfield Beach, FL 33441 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 14,962 |
| ACCOUNT NO.<br><br>Power Depot, Inc.<br>3553 NW 78 Ave<br>Miami, FL 33122-1134 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | | 1,821 |
| ACCOUNT NO.<br><br>Precision Drywall, Inc.<br>601 N Congress Ave #501<br>Delray Beach, FL 33445 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 231,143 |
| ACCOUNT NO.<br><br>Premium Assignment<br>3522 Thomasville Rd. #400<br>Tallahassee, FL 32309 | | | Insurance Finance | | | | 30,189 |

Sheet no. 21 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  278,115

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                                    ,          Case No.  08-11574
                        **Debtor**                                                      **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Premium Assignment <br> POB 79153 <br> Baltimore, Maryland 21279-0153 | | | Consideration: Vendor | | | | 1,438 |
| ACCOUNT NO. <br><br> Priority Fire Co <br> 7234 Taft St <br> Hollywood, FL 33024 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 122,592 |
| ACCOUNT NO. <br><br> PTE Strand <br> 1950 W 8th Ave <br> Hialeah, FL 33010 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 7,638 |
| ACCOUNT NO. <br><br> Radio One-Comm Svc Co <br> 7041 Grand National #116 <br> Orlando, FL 32819-8988 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 18,653 |
| ACCOUNT NO. <br><br> Ready Windows Sales & Service <br> 745 W 18th St <br> Hialeah, FL 33010 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 180,194 |

Sheet no. 22 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ | $ 330,515 |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Strada 315, LLC                                    ,          Case No.   08-11574
                    **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Interest | | | | |
| Regions Bank 1900 Fifth Ave N Birmingham, AL 35203 | | | | | | X | 3,880 |
| ACCOUNT NO. | | | Consideration: Vendor | | | | |
| Renters Reference of Florida 2525 Hollywood Blvd Hollywood, FL 33020-6622 | | | | | | | 370 |
| ACCOUNT NO. | | | | | | | |
| Richard Blanchar 4401 West Tradewinds Ave Ft. Lauderdale, FL 33308 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Richard Rosenberg 1204 Pondside Dr White Plains, NY 10607 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Robert & Denise Farrell 2930-4 Rockaway Ave Oceanside, NY 11572 | | | | X | X | X | Unknown |

Sheet no. _23_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,250

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,      Case No. ___08-11574___
                    **Debtor**                                          **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Roberto Moreno<br>2522 Montclaire Circle<br>Weston, FL 33327-1428 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br>Roberts Traffic Marketing<br>2210 Hayes St<br>Hollywood, FL 33020 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 13,000 |
| ACCOUNT NO.<br>Ronald & Michele Gerbrandt<br>13191 Logan St<br>Thornton, CO 80241 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br>Ronald Zwerbaum<br>98 Hinchman Rd<br>Medford, NJ 08055 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br>Ruden McClosky<br>200 E Broward Blvd<br>Ft. Lauderdale, FL 33301 | | | Consideration: Attorney's Fees | | | | 65,352 |

Sheet no. _24_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 78,352
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,    Case No. __08-11574_____
                    **Debtor**                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Ryan Sales & Service Inc. <br> 786 S Military Trail <br> Deerfield Beach, FL 33442 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 7,857 |
| **ACCOUNT NO.** <br><br> S, A, J Spergel & S, D Ross <br> 5230 SW 18th St <br> Plantation, FL 33317 | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Salvatore Orlando <br> 3620 NE 16th Terr <br> Okland Park, FL 33341 | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Scherer Realty LLP <br> c/o S.M.D. Realty LLP <br> POB 1182 <br> Ft. Lauderdale, FL 33302 | | | | | | | 25,000 |
| **ACCOUNT NO.** <br><br> Scott & Hilary Masse <br> 12 Peabody Sq. <br> Peabody, MA 01960 | | | | X | X | X | Unknown |

Sheet no. _25_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 32,857

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., - ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____,  Case No.  08-11574 _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Scott Bernard <br> POB 1667 <br> Hobe Sound, FL 33475 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Sculptured Woodworks <br> 3181 SW 14 Ct. <br> Pompano Beach, FL 33069 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | X | 11,866 |
| ACCOUNT NO. <br><br> Security Management Innovations <br> 7200 Corporate Center Dr. # 401 <br> Miami, FL 33126 | | | Consideration: Vendor | | | | 6,602 |
| ACCOUNT NO. <br><br> Silvija Aprans <br> 100 Andover Bypass <br> N Andover, MA 01845 | | | Consideration: Unit 1109 - Settlement for Release of Unit for Resale | | | | 10,000 |
| ACCOUNT NO. <br><br> Smith Aerial <br> POB 5008 <br> Ft. Lauderdale, FL 33310 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | | 498 |

Sheet no. __26__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | 28,966 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,        Case No. ___08-11574_____
                    **Debtor**                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Southern Premier Parking, Inc. 3389 Sheridan St #271 Hollywood, FL 33021 | | | Consideration: Vendor | | | | 7,440 |
| ACCOUNT NO. Specialty Engineering Consultants 1599 SW 30th Ave #2 Boynton Beach, FL 33426 | | | Consideration: Threshold work | | | | 9,749 |
| ACCOUNT NO. Statewide Electrical Contractor, Inc. 13277 SW 124th St #9 Miami, FL 33186 | | | Incurred: 10/2004 - 02/01/2008 Consideration: Vendor | | | X | 188,783 |
| ACCOUNT NO. Steven Rotwein 8226 NW 41st Street Coral Springs, FL 33065 | | | Consideration: Additional Address for Carmen & Steven Rotwein | | | | Notice Only |
| ACCOUNT NO. Strada 315 Condo Assoc. c/o Southpoint Realty Development 185 N.E. 4th Ave #104 Delray Beach, FL 33483 | | | Consideration: Condo Association Fees | | | | Unknown |

Sheet no. _27_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    205,972

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                                          ,     Case No.  08-11574
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Strada Dev. Corp.<br>185 NE Ave<br>Delray Beach, FL 33483 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Strada Funding, LLC<br>342 N Main St<br>Andover, MA 01810 | | | Mezzanine Loan | | | | 1,000,000 |
| ACCOUNT NO.<br><br>Strada Funding, LLC<br>342 N Main St<br>Andover, MA 01810 | | | Mezzanine Loan | | | | 1,050,000 |
| ACCOUNT NO.<br><br>TEM Systems, Inc.<br>4880 N Hiatus Rd<br>Sunrise, FL 33351 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 73,282 |
| ACCOUNT NO.<br><br>The Islandoor Company of Ft. Lauderdale<br>949 N Powerline Rd<br>Ft. Lauderdale, FL 33311 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 57,286 |

Sheet no. __28__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,180,568

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                                              ,          Case No.  08-11574
                    Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas D Laudani<br>c/o Strada Dev. Corp.<br>185 NE 4th Ave<br>Delray Beach, FL 33483 | | | Preferred Basis Loan | | | | 979,323 |
| ACCOUNT NO.<br><br>Thomas Kiley<br>64 Cochichewick Rd<br>N Andover, MA 01845 | | | Preferred Basis Loan | | | | 690,500 |
| ACCOUNT NO.<br><br>Thomas M. Kelaher, PE<br>1108 SE 14th Terr<br>Deerfield Beach, FL 33441 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 1,600 |
| ACCOUNT NO.<br><br>Thyssen Krupp Elevator<br>7481 NW 166 St 2nd Floor<br>Miami, FL 33166 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 104,743 |
| ACCOUNT NO.<br><br>Tim Hufler<br>14257 S. 8th St<br>Phoenix, AZ 85048 | | | | X | X | X | Unknown |

Sheet no. __29__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 1,776,166 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re Strada 315, LLC _____ ,          Case No. 08-11574
                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Triangle Fire Inc<br>7720 NW 53rd St<br>Doral, FL 33166 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 5,972 |
| ACCOUNT NO.<br>Vanessa Holdings, Inc.<br>c/o Real Florida Realty, Inc<br>1508 SE 3rd Ave<br>Ft. Lauderdale, FL 33316 | | | Consideration: Parking Lot Lease | | | | 13,250 |
| ACCOUNT NO.<br>Vercon Construction<br>17071 W Dixie Hwy<br>N Miami Beach, FL 33160 | | | | | | | Unknown |
| ACCOUNT NO.<br>Vila & Son Landscaping Corp<br>1686 D Rd<br>Loxahatchee, FL 33470 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | X | 103,595 |
| ACCOUNT NO.<br>Waste Management Southern Sanitation<br>POB 83003<br>Baltimore, MD 21283-0003 | | | Incurred: 10/2004 - 02/01/2008<br>Consideration: Vendor | | | | 1,798 |

Sheet no. 30 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   124,615

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC _____ ,      Case No.  08-11574 _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wilkinson Hi-Rise <br> 2821 Evans St <br> Hollywood, FL 33020 | | | Incurred: 10/2001 - 02/01/2008 <br> Consideration: Vendor | | | X | 31,328 |
| ACCOUNT NO. <br><br> Williams Scotsman <br> POB 91975 <br> Chicago, IL 60693-1975 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | | 1,365 |
| ACCOUNT NO. <br><br> Workforce <br> POB 740435 <br> Atlanta, GA 30374-0435 | | | Incurred: 10/2004 - 02/01/2008 <br> Consideration: Vendor | | | | 9,470 |
| ACCOUNT NO. <br><br> Yasmin & Michal Kloeffler <br> 848 Brickell Key Apt 3802 <br> Miami, FL 33131 | | | | X | | | Unknown |
| ACCOUNT NO. <br><br> York McConnell <br> 412 SW 11th Crt <br> Ft. Lauderdale, FL 33315 | | | | X | X | X | Unknown |

Sheet no. _31_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | 42,163 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Strada 315, LLC                              ,        Case No.  08-11574
                     **Debtor**                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zach Mat III<br>7182 Boscanni Dr<br>Boynton Beach, FL 33437 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _32_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $                0

Total ▶  $        8,420,251

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re Strada 315, LLC
          **Debtor**

Case No. 08-11574
              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Yasmin & Michal Kloeffler<br>848 Brickell Key Apt 3802<br>Miami, FL 33131 | Contract for Purchase of Unit 1702 at Strada 315<br>Dated: 06/01/2005<br>Purchase Price: $255,900.00 |
| Angie Guerrero & Ernesto Trigueros<br>1295 Skylark Drive<br>Weston, FL 33327 | Contract for Purchase of Unit No. 1403 at Strada 315<br>Date: 04/13/2007<br>Purchase Price: $524,900.00 |
| Roberto P Moreno<br>2522 Montclaire Circle<br>Weston, FL 33327-1428 | Contract for Purchase of Unit No. 1807 at Strada 315<br>Dated: 5/17/2005<br>Purchase Price: $510,900.00 |
| Richard Blanchar<br>4401 West Tradewinds Avenue<br>Ft. Lauderdale, FL 33308 | Contract for Purchase of Unit No. 2003 at Strada 315<br>Dated: 04/25/2005<br>Purchase Price: $576,900.00 |
| Bayview General Medicine<br>c/o Richard Blanchar<br>4401 West Tradewinds Avenue<br>Ft. Lauderdale, FL 33308 | Contract for Purchase of Unit No. 2007<br>Dated: 04/25/2007<br>Purchase Price: $532,900.00 |
| Peter Smurfit<br>3201 NE 183 Street #2705<br>Aventura, FL 33160 | Contract for Purchase of Unit No. 2103<br>Dated: 04/25/2005<br>Purchase Price: $586,900.00 |
| Salvatore Orlando<br>3620 NE 16th Terrace<br>Okland Park, FL 33341 | Contract for Purchase of Unit No. 807 in Strada 315<br>Purchase Price: $461,900.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07) -- Cont.

Strada 315, LLC
In re _____        Case No. _____08-11574_____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Alberto Nunez<br>6 Alexander Circle<br>Methuen, MA 01844 | Contract for Purchase of Unit No. 906 in Strada 315<br>Purchase Price: $526,900.00 |
| Gavin Saladino<br>442 97 Street, Apt. 1J<br>Brooklyn, NY 11209 | Contract for Purchase of Unit No. 1001 in Strada 315<br>Purchase Price: $420,900.00 |
| Michael Naso<br>301 E. 66th Street Apt 10H<br>New York, NY 10021 | Contract for Purchase of Unit No. 1004<br>Purchase Price: $328,900.00 |
| Gordon Bernstein & Todd Greeninger<br>4071 NE 16 Terr.<br>Ft. Lauderdale, FL 33334 | Contract for Purchase of Unit No. 1009 in Strada 315<br>Purchase Price: $286,900.00 |
| Jay Midgen                Anka Birgu<br>816 North Victoria Park Rd    21868 Town Place Dr.<br>Ft. Lauderdale, FL 33304     Boca Raton, FL 33433 | Contract for Purchase of Unit 1103 at Strada 315<br>Purchase Price: $528,900.00 |
| Denise Buckley<br>19106 South Gardenia<br>Weston, FL 33332 | Contract for Purchase of Unit No. 1104 in Strada 315<br>Purchase Price: $333,900.00 |
| Scott Bernard<br>P.O. Box 1667<br>Hobe Sound, FL 33475 | Purchase for Contract of Unit No. 1108 in Strada 315<br>Purchase Price: $419,900.00 |
| Mark Hutchens            Erica Fischbach<br>1120 East Woodside Street  512 SW 9th Street<br>South Bend, IN 46614      Ft. Lauderdale, FL 33315 | Contract for Purchase of Unit No. 1204 in Strada 315<br>Purchase Price: $347,900.00 |

B6G (Official Form 6G) (12/07) -- Cont.

In re Strada 315, LLC
_____
Debtor

Case No. 08-11574
_____
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Scott & Hilary Masse<br>12 Peabody Sq.<br>Peabody, MA 01960 | Contract for Purchase of Unit No. 1205 in Strada 315<br>Purchase Price: $360,000.00 |
| Ronald & Michele Gerbrandt<br>13191 Logan Street<br>Thornton, CO 80241 | Purchase Contract for Unit No. 1207 in Strada 315<br>Purchase Price: $488,900.00 |
| Zach Mat III<br>7182 Boscanni Drive<br>Boynton Beach, FL 33437 | Contract for Purchase of Unit No. 1208<br>Purchase Price: $413,900.00 |
| Craig Malak<br>26852 Avenida Las Palmas<br>Capistrano Beach, CA 92624 | Contract for Purchase of Unit No. 1401 in Strada 315<br>Purchase Price: $431,900.00 |
| York McConnell<br>412 SW 11th Court<br>Ft. Lauderdale, FL 33315 | Contract for Purchase of Unit No. 1402 in Strada 315<br>Purchase Price: $253,900.00 |
| S, A, J Spergel & S, D Ross<br>5230 SW 18th Street<br>Plantation, FL 33317 | Contract for Purchase of Unit No. 1404 in Strada 315<br>Purchase Price: $349,900.00 |
| Andrea Reda & Grace Miceli<br>187 Soundview Drive<br>Port Washington, NY 11050 | Contract for Purchase of Unit No. 1407 in Strada 315<br>Purchase Price: $500,900.00 |
| Adams Street Trust<br>308 Shawmut Ave<br>Boston, MA 02118 | Contract for Purchase of Unit No. 1408 in Strada 315<br>Purchase Price: $415,900.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07) -- Cont.

In re Strada 315, LLC
_____
        **Debtor**

Case No. 08-11574
_____
        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Adrienne Ward<br>6740 NW 75th Plac<br>Parkland, FL 33067 | Contract for Purchase of Unit No. 1501 in Strada 315<br>Purchase Price: $433,900.00 |
| Laurent Tasic<br>4441 NE 19th Avenue<br>Ft. Lauderdale, FL 33308 | Contract for Purchase of Unit No. 1503 in Strada 315<br>Purchase Price: $526,900.00 |
| Carmen & Steven Rotwein  Steven Rotwein<br>6512 NW 99th Ave       8226 NW 41st Street<br>Parkland, FL 33076     Coral Springs, FL 33065 | Contract for Purchase of Unit No. 1508 in Strada 315<br>Purchase Price: $417,900.00 |
| Oscar Vargas & Adriana Ferrufino<br>2700 Glades Circle #111<br>Weston, FL 33327 | Contract for Purchase of Unit No. 1602 in Strada 315<br>Purchase Price: $251,900.00 |
| Anatoly Pritikin<br>26283 Green Street<br>Mundelein, IN 60060 | Contract for Purchase of Unit No. 1708 in Strada 315<br>Purchase Price: $4219,000.00 |
| Tim Hufler<br>14257 S. 8th Street<br>Phoenix, AZ 85048 | Contract for Purchase of Unit No. 1801 in Strada 315<br>Purchase Price: $451,900.00 |
| Edward Harmon/Brad Jenkins<br>10741 Pine Lodge Trail<br>Davie, FL 33328 | Contract for Purchase of Unit No.1802 in Strada 315<br>Purchase Price: $259,900.00 |
| Heloise and Francis Ing-Wu<br>1819 SE 17th St Causway #803<br>Ft. Lauderdale, Fl 33316 | Contract for Purchase of Unit No. 1803 in Strada 315<br>Purchase Price: $538,250.00 |

B6G (Official Form 6G) (12/07) — Cont.

In re Strada 315, LLC
_____
                    Debtor

Case No. 08-11574
_____
              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Interiors By Steven G, Inc<br>1608 NW 23rd Avenue<br>Ft. Lauderdale, Fl 33311 | Contract for Purchase of Unit No. 2001 in Strada 315<br>Purchase Price: $450,953.00 |
| David Cichonowice/Christopher Hunt<br>1821 Randolph St NW<br>Washington, DC 2001 | Contract for Purchase of Unit No. 2004 in Strada 315<br>Purchase Price: $361,900.00 |
| Ronald Zwerbaum<br>98 Hinchman Road<br>Medford, NJ 08055 | Contract for Purchase of Unit No. 2101 in Strada 315<br>Purchase Price: $484,900.00 |
| Dennis Cirvelli & Linda Cinelli<br>3 Rowlands Road<br>Flemington, NY 08822 | Contract for Purchase of Unit No. 2109 in Strada 315<br>Purchase Price: $340,900.00 |
| Fred Anes<br>1727 Manatuck Blvd<br>Bay Shore, NY 11706 | Contract for Purchase of Unit No. 802 in Strada 315<br>Purchase Price: $223,900.00 |
| Mitchell Isaacs<br>33 Alhambra Drive<br>Oceanside, NY 11572 | Contract for Purchase of Unit No. 901 in Strada 315<br>Purchase Price: $412,900.00 |
| Brian Diaz<br>138 Morris Drive<br>E. Meadow, NY 11554 | Contract for Purchase of Unit No. 1504 in Strada 315<br>Purchase Price: $341,900.00 |
| Jan Getto & Brian Tom     Jan Getto<br>69 W. Waukena Avenue    9 Field Ct.<br>Oceanside, NY 11572     Miller Place, NY 11764 | Contract for Purchase of Unit No. 1604 in Strada 315<br>Purchase Price: $343,900.00 |

B6G (Official Form 6G) (12/07) -- Cont.

In re Strada 315, LLC _____  Case No. ___08-11574_____

             **Debtor**                                               **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jamie Lutsky<br>100 Lincoln Avenue C-16<br>Mineola, NY 11501 | Contract for Purchase of Unit No.1904 in Strada 315<br>Purchase Price: $353,900.00 |
| Richard Rosenberg<br>1204 Pondside Drive<br>White Plains, NY 10607 | Contract for Purchase of Unit No. 1905 in Strada 315<br>Purchase Price: $426,900.00 |
| Robert & Denise Farrell<br>2930-4 Rockaway Avenue<br>Oceanside, NY 11572 | Contract for Purchase of Unit No. 2104 in Strada 315<br>Purchase Price: $371,900.00 |
| Michael Canino<br>First Class Equities<br>Thunder Funding<br>208 Glen Cove Rd<br>Old Westberry, NY 11568 | Contract for Purchase of Unit No. 2106 in Strada 315<br>Purchase Price: $597,900.00 |
| Ira Tannenbaum<br>73 Irma Drive<br>Oceanside, NY 11572 | Contract for Purchase of Unit No. 2107 in Strada 315<br>Purchase Price: $542,900.00 |
| Austin & Heidi Spinella<br>26th Street<br>Newburg, MA 01951 | Contract for Purchase of Unit No. 905 in Strada 315<br>Purchase Price: $392,122.00 |
| Dom Scaliese<br>195 French Farm Road<br>North Andover, MA 01845 | Contract for Purchase of Unit No. 909 in Strada 315<br>Purchase Price: $269,000.00 |
| Glen Debenideto<br>1 Industrial Drive, Ste 1<br>Hudson, NH 03051 | Contract for Purchase of Unit No. 1707 in Strada 315<br>Purchase Price: $496,900.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07) -- Cont.

In re Strada 315, LLC
_____
        Debtor

Case No.    08-11574
        _____
              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Dominick Brunetti & Dante Brunetti<br><br>115 SW 2nd St.<br>Boynton Beach, FL 33435 | Contract for Purchase of Unit No. 1908 in Strada 315<br>Purchase Price: $549,900.00 |
| Esther De Jesus<br>661 Talavera Rd.<br>Weston , FL 33326 | Contract for Purchase of Unit No. 2009 in Strada 315<br>Purchase Price: $399,900.00 |
| Barry Ger<br>1080 NW 15th Street<br>Boca Raton, FL 33486 | Contract for Purchase of Unit No. 1903 in Strada 315<br>Purchase Price: $548,900.00 |
| Peter Kelly<br>39-45-51 Street Apt 1C<br>Queens/Woodside, NY 11377 | Contract for Purchase of Unit No. 804 in Strada 315<br>Purchase Price: $320,900.00 |
| Avirom & Associates<br>50 SW 2nd Ave #102<br>Boca Raton, FL 33432- | Final Survey |
| Falkanger, Snyder, Martineau & Yates<br>Architects & Engineers, Inc.<br>888 South Andrews Ave Ste 300<br>Ft. Lauderdale, FL 33316 | Contract for Architectural Services |
| Fourth Street Land Development LLC<br>400 N. Andrews Ave<br>Ft. Lauderdale, FL 33301 | Real Estate Lease for 5,550 square foot parcel of land located at 120 NE 4th Street, Ft. Lauderdale, FL 33301<br>Commences: March 27, 2006; Terminates: December 27, 2006<br>Monthly Payments: $6,500.00 |
| Interiors By Steven G<br>1608 N.W. 23rd Ave<br>Ft. Lauderdale, FL 33311 | Contract for Furnishings of Models |

B6G (Official Form 6G) (12/07) -- Cont.

In re Strada 315, LLC
_____
            **Debtor**

Case No. 08-11574
_____
              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Las Olas Properties, Inc<br>2900 University Dr.<br>Coral Springs, FL 33065 | Lease for vacant real property located at 211 NE Third St, Ft. Lauderdale, FL<br>Commenced: March 15, 2006; Terminates: June 15, 2007<br>Monthly Payment: $2,500.00 |
| Scherer Realty, LLP<br>c/o S.M.D. Realty LLP<br>PO Box 1182<br>Ft. Lauderdale, FL 33302 | Agreement under the sale of the building for rental expense of seller |
| Specialty Engineering Consultants Inc.<br>1599 SW 30th Avenue Suite #2<br>Boynton Beach, FL 33426 | Threshold work |
| Vanessa Holdings, Inc<br>c/o Real Florida Realty, Inc<br>1508 SE 3rd Ave<br>Ft. Lauderdale, FL 33316 | Parking lot lease |
| Vercon Construction Management, Inc.<br>17071 West Dixie Highway<br>North Miami Beach, FL 33160 | Agreement Between Owner and Construction Manager for Construction Administration and Management Services |
| Whirlpool Corp.<br>412 N Peters Road<br>Knoxville, TN 37922 | Appliances at building |
| Las Olas Properties, Inc<br>2900 University Dr.<br>Coral Springs, FL 33065 | Lease for vacant real property located at the northwest corner of NE Fourth St and NE Third |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Strada 315, LLC _____    Case No.  08-11574 _____
         **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 (Official Form 6 - Declaration) (12/07)

In re Strada 315, LLC
_____
          **Debtor**

Case No. 08-11574
        _____
                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                            Debtor:

Date _____        Signature: _____
                                                          (Joint Debtor, if any)

                                   [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                        (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
       Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, Thomas Laudani, a Manager of Strada 315, LLC, a Delaware limited liability company, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 89 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: March 13, 2008        Signature: _____/s/ Thomas Laudani_____
                                       Thomas Laudani, Manager of Strada 315, LLC, a
                                       Delaware limited liability company

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA - BROWARD DIVISION

In Re  Strada 315, LLC _____    Case No. 08-11574 _____
                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2008 | $16,824,348.00 | Sale of Condominiums |
| 2007 | $2,405,173.86 | Sale of Condominiums |
| 2006 | $173,888.06 | Purchase Upgrades & Parking Space Sales Paid Directly to Developer |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

None ☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Exhibit S.O.F.A. 3-B | | | |
| Wilkinson Hi-Rise 2821 Evans St Hollywood, FL 33020 | | $30,721.05 | $31,328.95 |
| Ruden McClosky 200 East Broward Boulevard Ft. Lauderdale, FL 33301 | | $6,000.00 | |
| Whirlpool Corp. 412 N Peters Road Knoxville, TN 37922 | | $204,000 | $160,898 |

None

☐    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Vercon Construction<br>17071 West Dixie Highway<br>North Miami Beach, FL 33160 | See attached Exhibit S.O.F.A. 3-C | | |
| Louis P. Minicucci, Jr.<br>Minco Corporation<br>231 Sutton St., Suite 1A<br>North Andover, MA 01845 | | $21,750.00 | $970,293.00 |
| Thomas D Laudani<br>c/o Strada Dev. Corp.<br>185 NE 4th Ave<br>Delray Beach, FL 33483 | | $21,750.00 | $979,323.92 |
| NorthPoint Realty<br>231 Sutton St #1B<br>N Andover, MA 01845 | See attached Exhibit S.O.F.A. 3-C | | |
| SouthPoint Realty<br>185 NE 4 Ave #104<br>Delray Beach, FL 33483 | See attached Exhibit S.O.F.A. 3-C | | |
| Brian Darcy | See attached Exhibit S.O.F.A. 3-C | | |
| Point Management | See attached Exhibit S.O.F.A. 3-C | | |
| Minco Corp. | See attached Exhibit S.O.F.A. 3-C | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☒    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒    within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
      12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.    Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒    lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
      case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
      is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.    Assignments and Receiverships

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒    one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
      is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

7.    **Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8.    **Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9.    **Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Thomas M. Messana<br>Genovese Joblove & Battista, P.A.<br>200 E. Broward Blvd, Suite 1110<br>Fort Lauderdale, FL 33301 | Payor: $20,000.00 each from Thomas Laudani, Louis Minicucci, Jr. and Thomas Kiley and $40,000.00 from Ver-Mack | $100,000.0 |

**10. Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.   Prior address of debtor**

None
☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 231 Sutton Street Unit 1B North Andover, MA 10845 | | *This address has been used by the Debtor |

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

> "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
>
> "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Basilicato & Levesque                               Feb 2005-August 2007
33 Walker Rd
North Andover, MA 01845

Ann Daly                                            August 2007-current
890 South Collier Blvd #106
Marco Island, FL 33145

None
☐

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| Basilicato & Levesque | 33 Walker Rd North Andover, MA 01845 | Feb 2005-August 2007 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

None   c.     List all firms or individuals who at the time of the commencement of this case were in possession of the
☐     books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| SouthPoint Realty | 185 NE 4th Street Unit 104<br>Delray Beach, FL 34188 |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒     financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE<br>ISSUED |
|------------------|----------------|

**20. Inventories**

None   a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|

None   b.     List the name and address of the person having possession of the records of each of the two inventories
☒     reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|-------------------|--------------------------------------------------------|

**21. Current Partners, Officers, Directors and Shareholders**

None   a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☐  b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Strada Dev. Corp.<br>185 NE Ave<br>Delray Beach, FL 33483 | Member | 100% |
| Thomas D Laudani<br>c/o Strada Dev. Corp.<br>185 NE 4th Ave<br>Delray Beach, FL 33483 | Manager | |
| Alan Macken<br>c/o Vercon Construction<br>17071 W Dixie Hwy<br>N Miami Beach, FL 33160 | Manager | |
| Louis P. Minicucci, Jr.<br>Minco Corporation<br>231 Sutton St., Suite 1A<br>North Andover, MA 01845 | Manager | |

**22. Former partners, officers, directors and shareholders**

None
☒  a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒  b.     If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

**24. Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    March 13, 2008          Signature    /s/ Thomas Laudani

THOMAS LAUDANI ,
Manager

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - BROWARD DIVISION**

In re    Strada 315, LLC                              ,

                        Debtor

Case No.    08-11574

Chapter    11

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Strada Dev. Corp.<br>185 NE Ave<br>Delray Beach, FL 33483 | | 100 % |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.1-711 - 31021 - Acrobat PDFWriter