UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Strada 315, LLC, a Delaware limited liability company, | Case No. 08-11574-RBR |
| Debtor. _____ / | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

ARTHUR J. SPECTOR, ESQUIRE and the law firm of BERGER SINGERMAN, P.A., as counsel for the AD HOC COMMITTEE OF LIEN HOLDERS, hereby file their Notice of Appearance and Request for Service of Pleadings and Other Papers pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully request that all notices given or requested to be served in this case be served upon the undersigned attorney at the following address:

> Arthur J. Spector, Esquire
> Berger Singerman, P.A.
> 350 E. Las Olas Boulevard
> Suite 1000
> Fort Lauderdale, FL 33301
> Telephone:  (954) 525-9900
> Facsimile: (954) 523-2872
> E-mail:  aspector@bergersingerman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

1086396-1

Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic transmission by the Court to those parties who are registered users of the Court's CM/ECF system on this 16th day of May, 2008.

>                BERGER SINGERMAN, P.A.
>                Attorney for the Ad Hoc Committee
>                of Lien Holders
>                350 E. Las Olas Boulevard
>                Suite 1000
>                Fort Lauderdale, FL 33301
>                Tel. (954) 525-9900
>                Fax. (954) 523-2872
>
>                By:  /s/  Arthur J. Spector
>                     Arthur J. Spector
>                     Florida No. 620777
>                     aspector@bergersingerman.com