RDERED in the Southern District of Florida on 06/13/08

_Raymond B. Ray, Judge_
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

STRADA 315, LLC, a Delaware
limited liability company,

    Debtor and Debtor-in Possession.
_____/

Case No. 08-11574-RBR

Chapter 11

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
MESSANA, WEINSTEIN & STERN, P.A., AS ATTORNEYS FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION _NUNC PRO TUNC_ TO JUNE 1, 2008**

THIS MATTER came before the Court at a hearing held on June 13, 2008 at 9:30 a.m./p.m. upon the application (the "Application") of the above-captioned Debtor and Debtor-in-Possession, (the "Debtor") for the entry of a final order authorizing the Debtor to employ and retain Thomas M. Messana, Esq.. and the law firm of Messana, Weinstein & Stern, P.A. ("MWS") as its general bankruptcy counsel _nunc pro tunc_ to June 1, 2008, pursuant to § 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a), 2016 and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"); and the

Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having reviewed the Application, the Declaration of Thomas M. Messana; the Court being satisfied based upon the representations made in the Application and the Declaration of Thomas M. Messana that (a) MWS does not hold or represent an interest adverse to the Debtor's estate and (b) MWS is a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code and Local Rule 2014-1; due and proper notice of the Application having been provided, it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is ORDERED that:

1. The Application is granted *nunc pro tunc* to June 1, 2008.

2. The Debtor is authorized to employ and retain MWS as its counsel in accordance with the terms and conditions set forth in the Application.

3. MWS is authorized to render professional services to the Debtor as described in the Application. MWS will render, among other things, the following services to the Debtor:

   A. advise the Debtor with respect to its responsibilities in complying with the United States Trustee's Guidelines and Reporting Requirements and with the Local Rules of the Court;

   B. advise the Debtor with respect to its powers and duties as debtor and debtor-in-possession in the continued management and operation of its business and properties;

C. attend meetings and negotiate with representatives of creditors and other parties-in-interest and advise and consult on the conduct of the cases, including all of the legal and administrative requirements of operating in Chapter 11;

D. advise the Debtor in connection with any contemplated sales of assets or business combinations, including the negotiation of sales promotion, liquidation, stock purchase, merger or joint venture agreements, formulate and implement bidding procedures, evaluate competing offers, draft appropriate corporate documents with respect to the proposed sales, and counsel the Debtor in connection with the closing of such sales;

E. advise the Debtor in connection with post-petition financing and cash collateral arrangements, provide advice and counsel with respect to pre-petition financing arrangements, and provide advice to the Debtor in connection with the emergence financing and capital structure, and negotiate and draft documents relating thereto;

F. advise the Debtor on matters relating to the evaluation of the assumption, rejection or assignment of unexpired leases and executory contracts;

G. provide advice to the Debtor with respect to legal issues arising in or relating to the Debtor's ordinary course of business including attendance at senior management meetings, meetings with the Debtor's financial and turnaround advisors and meetings of the board of directors, and advice on employee, workers' compensation, employee benefits, labor, tax, insurance, securities, corporate, business operation, contracts, joint ventures, real property, press/public affairs and regulatory matters;

H. take all necessary action to protect and preserve the Debtor's estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the estate,

negotiations concerning all litigation in which the Debtor may be involved and objections to claims filed against the estate;

      I.      prepare on behalf of the Debtor all motions, applications, answers, orders, reports and papers necessary to the administration of the estate;

      J.      negotiate and prepare on the Debtor's behalf a plan of reorganization, disclosure statement and all related agreements and/or documents, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan;

      K.      attend meetings with third parties and participate in negotiations with respect to the above matters;

      L.      appear before this Court, any appellate courts, and the U.S. Trustee, and protect the interests of the Debtor's estate before such courts and the U.S. Trustee; and

      M.      perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with these Chapter 11 cases.

      4.      MWS shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

###

Submitted by:
Scott Underwood, Esq.
Messana, Weinstein & Stern, P.A.
Counsel for Debtor and Debtor-In-Possession
4600 Sheridan Street, Suite 203
Hollywood, FL 33021-3409
Telephone: (954) 453-8000
Facsimile: (954) 453-8010

Copy furnished to:

*Scott Underwood, Esq, who is directed to serve a conformed copy of this Order on all interested parties and to file a certificate of service with the Court*